UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA PATTERSON,<br><br>      Plaintiff,<br>  vs.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>      Defendant. | Case No.: CV 19-464-DMG (RAOx)<br><br>ORDER APPROVING STIPULATION TO DISMISS ACTION [12] |

ALL PARTIES to the above-captioned action having stipulated that the action shall be dismissed in its entirety with prejudice, and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice. The parties shall bear their own costs.

DATED: March 22, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1